ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2020

at 12 o'clock and 38 min. P M  JO
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: ken.sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR20 00008 LEK |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 1543, 1544 and 1028A] |
| KELSEY KIMIKO MATSUKAWA, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Count 1
Unlawful Alteration of a Passport
(18 U.S.C. § 1543)

On or about April 3, 2019, within the District of Hawaii, the defendant, KELSEY KIMIKO MATSUKAWA, did alter a U.S. Passport bearing the identification number #*****953 with the intent that it be used as a means of identification.

All in violation of Title 18, United States Code, Section 1543.

Count 2
Unlawful Use of a Passport
(18 U.S.C. § 1544)

On or about April 3, 2019, within the District of Hawaii, the defendant, KELSEY KIMIKO MATSUKAWA, did willfully and knowingly use, or attempt to use, a U.S. passport bearing the identification number #*****953, said passport being issued to, and designed for, the use of another.

All in violation of Title 18, United States Code, Section 1544.

//
//
//
//

## Count 3
### Aggravated Identity Theft
### (18 U.S.C. § 1028A)

On or about April 3, 2019, within the District of Hawaii, the defendant, KELSEY KIMIKO MATSUKAWA, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: the unlawful use of a passport issued to another person in violation of 18 U.S.C. § 1544, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: January 22, 2020, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney

United States v. Kelsey Kimiko Matsukawa
Indictment
Cr. No. _____

3